## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:05CV282-3-V
## (3:02CR227-1-V)


| | | |
|---|---|---|
| **RICHARD TIMOTHY CARROLL,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **O R D E R** |
| | ) | |
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |

      **THIS MATTER** is before this Court upon the Respondent's "Motion to Seal Exhibit 2 -- Joint Appendix - Volume II."   The Joint Appendix, Volume II, Exhibit 2 was included in the Government's Motion to Dismiss and Response to Petitioner's Motion to Vacate.

      NOW THEREFORE IT IS ORDERED that the Joint Appendix, Volume II, Exhibit 2, included in the Government's Response and Motion for Summary Judgment in this matter be sealed and remain sealed pending further notice of this Court.

**Signed: September 21, 2005**

Richard L. Voorhees
United States District Judge