# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Richard Timothy Carroll,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                             3:05-cv-282-3-V

USA,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 21, 2006 Order.

                               **Signed: August 22, 2006**

Frank G. Johns, Clerk
United States District Court